**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Alicia Smith, | Civil No. 10-4237 (RHK/TNL) |
| Plaintiff, | **NOTICE OF TRIAL AND SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS** |
| vs. | |
| Michael Pfaff, in his individual capacity, | |
| Defendant. | |

---

This case is deemed ready for trial before the undersigned beginning February 1, 2012.

The trial materials listed below are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By <u>January 18, 2012</u>:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial Brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>January 24, 2012</u>:

(1) Responsive Briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

      (3)     Replies to Trial Briefs.

  By <u>January 27, 2012</u>:  Responses to the Written Objections.

Dated:  November 28, 2011

                                      <u>s/Richard H. Kyle</u>
                                      RICHARD H. KYLE
                                      United States District Judge